ADAMS, CREWS, BOBB & WESCOTT, for plaintiff in error; GEORGE B. McKIBBIN, of counsel.

PINES & NEWMANN, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

INSURANCE, § 64*—*when evidence insufficient to show procurement of policies by agent or contract for payment of commissions.* In an action against an insurance company for commissions alleged to have been earned by the plaintiff in procuring policies of insurance to be issued on his own life, evidence *held* to show that the plaintiff had not procured the issuance of the policies and that he had no subsisting contract for the payment of such commissions at the time the policies were applied for.

---

## Paulina Kniat, Appellee, v. Lillian Tiedge, Appellant.

### Gen. No. 21,557.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1915.   Affirmed.   Opinion filed October 10, 1916.

## Statement of the Case.

Action by Paulina Kniat, plaintiff, against Lillian Tiedge, defendant, for money alleged to have been loaned by the plaintiff.   To review a judgment for plaintiff, defendant appeals.

THOMAS E. SWANSON, for appellant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Eileen H. Markley, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

### Abstract of the Decision.

1. Appeal and error, § 1475*—*when admission of incompetent hearsay evidence harmless error.* Admission of hearsay evidence in an action for money loaned, though incompetent, being merely cumulative of other evidence which the trial court believed, *held* insufficient to justify a reversal.

2. Appeal and error, § 1414*—*when findings of trial court not disturbed.* Where the record on appeal presents merely a question of credibility of witnesses and the story accepted by the trial court is not improbable, its findings will not usually be disturbed.

---

### Albert Fuchs, Defendant in Error, v. W. J. Kearns, Plaintiff in Error.

#### Gen. No. 21,607.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Patrick B. Flanagan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed with finding of fact. Opinion filed October 10, 1916.

#### Statement of the Case.

Action by Albert Fuchs, plaintiff, against W. J. Kearns, defendant, for rent of an apartment leased by the defendant to the plaintiff. To review a judgment for plaintiff, defendant prosecutes a writ of error.

E. C. Mapledoram, for plaintiff in error.

John H. Cummings, Jr., for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.